MKC
LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

NEW YORK:
32 EAST 57TH STREET, 8TH FL.
NEW YORK, NEW YORK 10022
(212) 726-1104
FAX (212) 726-3104

FORT LEE:
2 EXECUTIVE DRIVE, STE. 240
FORT LEE, NEW JERSEY 07024
(201) 947-5200
FAX (201) 708-6676

HOBOKEN:
300 HUDSON STREET. STE. 10
HOBOKEN, NEW JERSEY 07024
(201) 708-6675
FAX (201) 708-6676

* *Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

May 1, 2026

*Via ECF; Total Pages: 1*
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Dardon v. Alric Parking LLC et al
Docket No.: 1:22-cv-04076-ENV-MMH

Dear Judge Henry:

This office represents defendants ALRIC PARKING LLC and EDUARDO CASADO. (hereinafter collectively referred to as "Defendants") in the above referenced matter. The parties jointly submit this letter to request a referral to mediation in the above-referenced matter.

The parties previously participated in a mediation conference on March 17, 2023, followed by a further conference on April 7, 2023. While those efforts were undertaken in good faith, they did not result in a resolution. The parties believe that a second mediation may be productive.

Accordingly, the parties respectfully request that the Court refer this matter for a second mediation at its convenience.

Thank you for the Court's time and consideration.

Respectfully submitted,

s/. *Michael K. Chong*
Michael K. Chong, Esq.

MKC/ag
Attach.
cc: Plaintiffs' counsel (*via ECF*)