**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOSE FERNANDO DARDON,

Plaintiff,

-against-

ALRIC PARKING LLC, ANGELO MORDINI SR., ANGELO MORDINI JR., and EDUARDO CASADO,

Defendants.

---------------------------------------------------------------X

Case No. 1:22-cv-04076-ENV-MMH

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, upon the annexed Affirmation of William Cafaro, Esq., dated September 25, 2026, and the exhibit annexed to it, the undersigned will move this Court, before the Honorable Marcia M. Henry, United States Magistrate Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be set by the Court, for an order under Local Civil Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York:

(a) relieving the Law Offices of William Cafaro and William Cafaro, Esq., as counsel of record for plaintiff Jose Fernando Dardon;

(b) relieving Colin Mulholland, Esq., who has acted as Of Counsel to the Law Offices of William Cafaro in this matter and who appeared for plaintiff at ECF No. 86, as counsel of record for plaintiff;

(c) directing the Clerk of Court to amend the docket to reflect that plaintiff is proceeding pro se, to enter plaintiff's mailing address and telephone number for purposes of notice, and to terminate electronic notice to the relieved attorneys;

(d) adjourning the joint status report date of September 28, 2026, and staying this action for thirty (30) days from the date of the order, so that plaintiff may retain substitute counsel;

(e) directing relieved counsel to deliver the complete case file to plaintiff; and

(f) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that plaintiff consents to this motion. Plaintiff has signed a letter, in English and in Spanish, discharging both this firm and Mr. Mulholland as his attorneys and stating that he intends to represent himself until he retains other counsel. That letter is annexed to the accompanying affirmation as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, as Local Civil Rule 1.4(b) requires the motion to state, neither the Law Offices of William Cafaro nor Mr. Mulholland asserts a retaining lien or a charging lien in this action. Both also waive any claim for recoupment of the disbursements and costs this firm has advanced.

PLEASE TAKE FURTHER NOTICE that this motion is being served on plaintiff and on all other parties, and that proof of service on plaintiff is being filed on the docket as Local Civil Rule 1.4(b) requires.

Dated: New York, New York
September 25, 2026

Respectfully submitted,

LAW OFFICES OF WILLIAM CAFARO

/s/ William Cafaro

William Cafaro, Esq.

Outgoing Attorneys for Plaintiff
108 West 39th Street, Suite 602
New York, New York 10018
Tel.: (212) 583-7400
bcafaro@cafaroesq.com

/s/ Colin Mulholland

______________________________

Colin Mulholland, Esq.
36-36 33rd Street
Astoria, New York 11106
Tel.: (347) 687-2019